IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                          CASE NO. 09-40263TLH4

WEATHERFORD, ROBERT SCOTT
WEATHERFORD, TARA RENEE          CHAPTER 7

            Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Baptist Credit Union<br>c/o Hesc,Higher Education Servicing,<br>Corporation,1250 E. Copeland Road,Suite<br>Arlington, TX 76011 | $6,045.95 |

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Baptist Credit Union
c/o Hesc,Higher Education Servicing, Corporation,1250 E. Copeland Road,Suite
Arlington, TX 76011


Dated: 4/21/2011                                              /s/ Theresa M. Bender